THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0092-JCC-18 |
| Plaintiff, | ORDER |
| v. | |
| BLANCA MEDINA, | |
| Defendant. | |

This matter comes before the Court on the Government's unopposed motion to seal an exhibit to its sentencing memorandum (Dkt. No. 853).

The First Amendment protects the public's right of access to criminal trials. *See, e.g.*, *Globe Newspaper Co. v. Super. Ct. for Norfolk Cnty.*, 457 U.S. 596, 606 (1982). The public also has a common law right to inspect and copy public records, including those from judicial proceedings. *See Nixon v. Warner Commc'ns*, 435 U.S. 589, 597 (1978). But these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017).

Because the exhibit contains highly sensitive information, sealing it serves a compelling interest that is substantially likely to be harmed if it is not sealed, and no less restrictive

ORDER
CR20-0092-JCC-18
PAGE - 1

1    alternatives would protect the interest. Accordingly, the Court finds good cause to seal the

2    exhibit. The Government's motion to seal (Dkt. No. 853) is GRANTED. The Clerk is

3    DIRECTED to maintain under seal Docket Number 854.

4        DATED this 26th day of August 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR20-0092-JCC-18
PAGE - 2