Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BLANCA MEDINA,<br><br>Defendant. | NO. CR20-092-JCC-18<br><br>[~~PROPOSED~~]<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") (**Dkt 1284**) for the following property ("Subject Currency"):

    a.    $19,890 of $36,022 in United States currency, seized from Medina's residence located at 229 Andover Park East, Tukwila, Washington.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate for the following reasons:

Final Order of Forfeiture - 1
*United States v. Medina*, CR20-092-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. On March 25, 2022, the Court entered a Preliminary Order of Forfeiture finding the Subject Currency forfeitable pursuant to 21 U.S.C. § 853 and forfeiting the Defendant's interest in it, Dkt. No. 708;

2. Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C), Dkt. No. 724;

3. As required by Fed. R. Crim. P. 32.2(b)(6)(A), the United States reviewed the underlying investigative material and identified no potential claimants to the Subject Currency;

4. The time for filing third-party claims has expired, and none were filed; and,

5. Defendant was sentenced on August 23, 2022, Dkt. No. 864.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Currency exists in any party other than the United States;

2. The Subject Currency is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, Drug Enforcement Administration, and/or their representatives, are authorized to dispose of the Subject Currency as permitted by governing law.

IT IS SO ORDERED.

DATED this 29th day of September, 2025.

_____
THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Medina*, CR20-092-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented By:

*s/ Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Medina*, CR20-092-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970